FILED'11 JUN 30 10:51 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SANDI WILFONG,

      Plaintiff,

    v.

PERSOLVE, LLC,

      Defendant.

Civ. No. 10-3083-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I conclude the Report and Recommendation is correct. Magistrate Judge Clarke's Report and Recommendation (#23) is adopted. Defendant's motion for

1 - ORDER

summary judgment (#10) is GRANTED.

    IT IS SO ORDERED.

    DATED this ___30___ day of June, 2011.

                                            */s/ Owen M. Panner*

                                            OWEN M. PANNER  
                                            U.S. DISTRICT JUDGE

2 - ORDER